UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEX ZANKICH and WILLIAM RUCKER, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>  v.<br><br>WELLS FARGO BANK, N.A.,<br><br>          Defendant. | No. C08-01476 RSM<br><br>**STIPULATION AND ORDER AMENDING CLASS CERTIFICATION BRIEFING SCHEDULE, OTHER PRE-TRIAL DEADLINES, AND TRIAL DATE** |

**STIPULATION**

On March 27, 2009, the Court issued an Order Setting Trial Date and Related Dates in this matter (Dkt. 16). Under the schedule in that Order, Plaintiffs' Motion for Class Certification is due on April 15, 2009. The parties have been conducting discovery for several months and those efforts are well underway. The parties exchanged their respective written discovery requests at the end of December 2008. Defendant Wells Fargo is still producing documents to Plaintiffs, and in the past week Wells Fargo has provided approximately 9,000 additional pages of new materials to Plaintiffs. Wells Fargo expects to complete its production of documents to Plaintiffs in the near future. The parties agree that Plaintiffs need adequate time to review the materials and conduct follow-up discovery before filing their Motion for Class Certification, and Plaintiffs anticipate requiring sufficient time (at least forty-five (45) days from when Wells Fargo completes its production of documents to allow Plaintiffs to review the materials produced

by Wells Fargo, conduct appropriate depositions to the extent necessary, and then submit Plaintiffs' Motion for Class Certification to the Court. The parties agree that moving the class certification deadline to allow Plaintiffs this time will require that subsequent dates in the case schedule be adjusted as well. For example, the expert disclosures and expert reports necessary in the case will depend upon class certification issues being resolved, so the expert disclosure deadline should follow the deadline for motion for class certification by a reasonable period of time. Similarly, the parties anticipate needing time to conduct discovery following expert disclosures and reports, so moving the discovery deadline to a date two months after the expert disclosures deadline will allow for the orderly completion of discovery.

Accordingly, subject to the approval of the Court, the parties hereby stipulate to and respectfully request an order amending the class certification deadline, other pre-trial deadlines, and trial date set forth in the Court's March 27, 2009 Order (Dkt. 16). Specifically, the parties stipulate and respectfully request that Plaintiffs' motion for class certification filing deadline and the trial date and corresponding deadlines identified in that Order be continued by eighty-four (84) days, as follows:

| | |
|---|---|
| Jury Trial: | May 17, 2010 |
| Expert Witness Disclosure: | October 30, 2009 |
| Motion for Class Certification Due: | July 8, 2009 (and will be noted on the Court's calendar for the fifth Friday after the date of filing) |
| Completion of Discovery: | December 23, 2009 |
| Dispositive Motion Deadline: | January 27, 2010 |
| Mediation Deadline: | October 7, 2009 |
| Motions in Limine Due: | April 19, 2010 |
| Pretrial Order Due: | May 5, 2010 |

Trial Briefs Due: May 12, 2010

Proposed Voir Dire/Jury Instructions Due: May 12, 2010

STIPULATED AND AGREED to this 1st day of April, 2009.

HAGENS BERMAN SOBOL SHAPIRO LLP

By: _s/ Ari Y. Brown (e-mail authority)_
    Steve W. Berman, WSBA #12546
    Ari Y. Brown, WSBA #29570
1301 Fifth Avenue, Suite 2900
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594

PHILLIPS LAW GROUP, PLLC

By: _s/ Matthew Geyman_
    John W. Phillips, WSBA #12185
    Matthew Geyman, WSBA #17544
315 Fifth Avenue South, Suite 1000
Seattle, WA 98104
Telephone: (206) 382-1168
Facsimile: (206) 382-6168

Attorneys for Plaintiffs

LANE POWELL, PC

By: _s/ Brian J. Meenaghan (e-mail authority)_
    Ronald E. Beard, WSBA #24014
    Rudy A. Englund, WSBA #4123
    Brian J. Meenaghan, WSBA #28264
1420 Fifth Avenue, Suite 4100
Seattle, WA 98101
Telephone: (206) 223-7000
Facsimile: (206) 223-7107

COVINGTON & BURLING LLP
Sonya D. Winner, *pro hac vice*
Margaret G. May, *pro hac vice*
David M. Jolley, *pro hac vice*
One Front Street
San Francisco, CA 94111
Telephone: (415) 591-6000
Facsimile: (415) 591-6091

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

DATED this _6_ day of April, 2009.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE